IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COOKEVILLE

| | |
|---|---|
| MARY HICKEY, individually and as next friend for JIM HICKEY, ) ) ) | Case No: 2:07-0006 |
| Plaintiffs, ) ) | Judge: Echols |
| v. ) ) ) ) | Magistrate: Griffin |
| METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY, ) ) ) | JURY DEMANDED |
| Defendant. ) | |

**AGREED ORDER OF DISMISSAL**

The parties having agreed, as evidenced by the signatures of respective counsel hereto, that all matters in controversy have been compromised and settled, including the original complaint and counter-claim;

It is, therefore, **ORDERED** that this Complaint and Counter-Claim are dismissed with prejudice. Each party shall bear their own costs and fees.

Entered this 8th day of January, 2008.

_____
Honorable Robert L. Echols
United States District Court Judge

Approved for entry:

*/s/ Henry D. Fincher*_____
Henry D. Fincher, #16682
Attorney for Plaintiffs
305 E. Spring Street
Cookeville, TN 38501-3311
931-528-4000



*/s/ Michael P. Mills*_____
Michael P. Mills, #10551
Attorney for Defendant
5042 Thoroughbred Lane
Brentwood, TN 37027
615-221-8218